**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 20, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00077-CV

---

## ALI CHOUDHRI ET AL, Appellants

## V.

## OSAMA ABDULLATIF, ET AL, Appellees

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-44151**

---

## MEMORANDUM OPINION

This is an appeal from an order signed January 14, 2019. On May 28, 2019, appellant Ali Choudhri filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The certificate of conference states (1) Mokaram-Latif West Loop, Ltd. and Mokaram-Latif General, LLC do not oppose the motion, and (2) counsel for Choudhri attempted to confer with counsel for appellees, but counsel for appellees has not responded as to whether appellees oppose the motion. The motion has been

on file for more than 10 days, and no response has been filed.

The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Bourliot, and Zimmerer.